

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
NORTH PLATTE DIVISION

Rudy "Butch" Stanko, dba, The Stampede News

     Plaintiff,

vs.

Bosselman Enterprises; and
Division Manager Paul Riggs, individually and in his official capacity;
Defendants 1X through 3x, individually, will be named after discovery,
     Defendants.

7:17 CV 5000

## TITLE 42 USC TORT COMPLAINT REQUESTING A 7TH AMENDMENT COMMON LAW[1] JURY TO DECIDE THE FACTS AND DAMAGES

This is a common law complaint and a complaint pursuant to 42 USC § 1983.  The value of the controversy is in excess of twenty dollars as required and stated by the common law in the Bill of Rights number seven (7).  The Plaintiff is requesting a jury to award compensatory and punitive damages and other costs, fees, and expenses incurred by the Plaintiff.  The Plaintiff is seeking a common law jury trial pursuant to the 7th Amendment requesting the jurors, and not the judge, to decide the compensatory, punitive, and exemplary damages.  The Plaintiff is suing each individual defendant in their individual capacity, and the amount of the controversy in this cause is in excess of $50,000.

---

[1] **Common Law:** "As distinguished from statutory law created by enactment of legislatures....As a compound adjective "common law" is understood as contrasted or opposed to "statutory," "equitable or to criminal."  Black's Law Dictionary, 6th Ed. 1990.  "That system of law which does not rest for its authority upon any express statutes."  Gilmer's Law Dictionary, Anderson Pub. Co., 1986, 6th Ed.

## JURISDICTION

COMMON LAW:

1.  Article III, § 2 of the United States Constitution: "The judicial Power shall extend to all Cases, In (common) Law. . . ."; [2]

2.  7th Amendment;

EQUITY:

3.  This Court has subject matter jurisdiction over this action pursuant to 28 USC § 1331 as involving questions and controversies arising under the Constitution, Federal laws, and regulations;

4.  This Court has personal jurisdiction over this action pursuant to 28 USC § 1343.

## VENUE

5.  Venue is proper in this district pursuant to 18 USC § 2334

## PARTIES

6.  Plaintiff, Rudy Stanko, resides at RRT. 1, Box 171, Gordon, Nebraska 69343.

7.  Defendant Bosselman Enterprises is at 3123 West Stolley Park Road, Suite A, Grand Island, Nebraska 68802-4905.

8.  Defendant Paul Riggs is the Division Manager for Bosselman Enterprises and he lists his business address as 3123 West Stolley Park Road, Suite A, Grand Island, Nebraska 68802-4905.

---

[2] "By common law they meant, what the constitution denominated in the third Article 'law' . . . ." Colgrove v Battin, 413 US 148, 37 L Ed 2d 522, 93 S Ct 2448 (1973). "The constitution declared in the third article (Art. III, § 2), that the judicial power shall extend to all cases in Law . . . ." 37 L Ed 2d 522, 528 n. 9.

## F A C T S

9. Bosselman Enterprises is a privately held company that has 46 Pump and Pantry convenience stores and public gas stations throughout 24 States.

10. Bosselman has news stands at these convenience stores/gas stations that either sell or distribute free literature.

11. On January 9, 2017, defendant Paul Riggs informed the defendant that he ordered all copies of the Plaintiff's newspaper, The Stampede, to be removed and that any copies distributed to the convenience stores would be immediately discarded.

12. The Plaintiff's speech is a cowboy newspaper and is freely distributed at no cost.

13. The Plaintiff's newspaper advertises for the local livestock sale auctions.

14. The Plaintiff is a professional cattle buyer.

15. The defendants have ignored the Plaintiff's request to withdraw the order and allow the Stampede to be freely distributed at the Pump and Pantry convenience stores/gas stations as the other free literature is displayed.

### STATEMENT OF EACH CLAIM, COUNT, OR CAUSE OF ACTION

**COUNT ONE:**

Defendants violated the Plaintiff's First Amendment right of speech by banning the distribution of the Plaintiff's newspapers in the Pump and Pantry convenience stores/gas stations in an attempt to exercise his First Amendment right of speech, while at the same time allowing other newspapers to be freely distributed.

**COUNT TWO:**

Defendants Bosselman Enterprises, Paul Riggs, and defendants 1X thru 3X conspired to violate the Plaintiff's Constitutional and Statutory rights (Title 42 USC §§ 1981 thru 1985).  Especially see 1985(3) ("Conspiracy to interfere with civil rights – depriving persons of rights or privileges) and §1981(c) (impairment by **nongovernmental** (emphasis added) discrimination and impairment under color of State law.

## REQUESTED RELIEF

WHEREFORE PREMISES CONSIDERED, the Plaintiff requests the defendants be cited to appear and answer as required by law.  The Plaintiff requests a jury to judge the facts and actual monetary damages, the physical mental damages, and punitive award against each individual defendant for breach of each civil and constitutional right violation, including and not limited to:

1.  Mental suffering, pain, distress and anguish in the past;

2.  Mental suffering, pain, distress and anguish in the future;

3. Reimbursement of the cost and time expended by the Plaintiff for actions unlawfully provoked by the defendants;

4. Contingency enhancement premium of one third to one half of the award because of the high risk of litigation of civil rights grievances. WHEREFORE, the defendants have acted shamefully and with a willful and reckless disregard for the Constitutional right of speech and religion. Accordingly, punitive damages should be awarded against the defendants to encourage them to uphold their oaths to uphold the United States Constitution and its Laws.

Courts have held punitive damages play an important role in furthering the stability of the Constitution.  Awarding punitive damages directly advances the

public interest in preventing repeated Constitutional and civil right violations, and provide the only significant remedy available where Constitutional rights are maliciously violated, but the victim can prove only marginal compensatory injuries.

Filed,

Rudy Butch Stanko
RRT. 1, Box 171
Gordon, Nebraska  69343

JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

7:17 CV 5000

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Rudy Butch Stanko

**(b)** County of Residence of First Listed Plaintiff   Sheridan
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Rudy Stanko, P.O. Box 509, Gordon. NE.
308-360-2127

## DEFENDANTS

Bosselman Enterprises
Paul Riggs

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1   U.S. Government Plaintiff
- ☒ 3   Federal Question *(U.S. Government Not a Party)*
- ❏ 2   U.S. Government Defendant
- ❏ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance<br>❏ 120 Marine<br>❏ 130 Miller Act<br>❏ 140 Negotiable Instrument<br>❏ 150 Recovery of Overpayment & Enforcement of Judgment<br>❏ 151 Medicare Act<br>❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>❏ 153 Recovery of Overpayment of Veteran's Benefits<br>❏ 160 Stockholders' Suits<br>❏ 190 Other Contract<br>❏ 195 Contract Product Liability<br>❏ 196 Franchise | **PERSONAL INJURY**<br>❏ 310 Airplane<br>❏ 315 Airplane Product Liability<br>❏ 320 Assault, Libel & Slander<br>❏ 330 Federal Employers' Liability<br>❏ 340 Marine<br>❏ 345 Marine Product Liability<br>❏ 350 Motor Vehicle<br>❏ 355 Motor Vehicle Product Liability<br>☒ 360 Other Personal Injury<br>❏ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>❏ 365 Personal Injury - Product Liability<br>❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>❏ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>❏ 370 Other Fraud<br>❏ 371 Truth in Lending<br>❏ 380 Other Personal Property Damage<br>❏ 385 Property Damage Product Liability | ❏ 625 Drug Related Seizure of Property 21 USC 881<br>❏ 690 Other<br><br>**LABOR**<br>❏ 710 Fair Labor Standards Act<br>❏ 720 Labor/Management Relations<br>❏ 740 Railway Labor Act<br>❏ 751 Family and Medical Leave Act<br>❏ 790 Other Labor Litigation<br>❏ 791 Employee Retirement Income Security Act | ❏ 422 Appeal 28 USC 158<br>❏ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>❏ 820 Copyrights<br>❏ 830 Patent<br>❏ 840 Trademark<br><br>**SOCIAL SECURITY**<br>❏ 861 HIA (1395ff)<br>❏ 862 Black Lung (923)<br>❏ 863 DIWC/DIWW (405(g))<br>❏ 864 SSID Title XVI<br>❏ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>❏ 870 Taxes (U.S. Plaintiff or Defendant)<br>❏ 871 IRS—Third Party 26 USC 7609 | ❏ 375 False Claims Act<br>❏ 376 Qui Tam (31 USC 3729(a))<br>❏ 400 State Reapportionment<br>❏ 410 Antitrust<br>❏ 430 Banks and Banking<br>❏ 450 Commerce<br>❏ 460 Deportation<br>❏ 470 Racketeer Influenced and Corrupt Organizations<br>❏ 480 Consumer Credit<br>❏ 490 Cable/Sat TV<br>❏ 850 Securities/Commodities. Exchange<br>❏ 890 Other Statutory Actions<br>❏ 891 Agricultural Acts<br>❏ 893 Environmental Matters<br>❏ 895 Freedom of Information Act<br>❏ 896 Arbitration<br>❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>❏ 950 Constitutionality of State Statutes |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | |
| ❏ 210 Land Condemnation<br>❏ 220 Foreclosure<br>❏ 230 Rent Lease & Ejectment<br>❏ 240 Torts to Land<br>❏ 245 Tort Product Liability<br>❏ 290 All Other Real Property | ☒ 440 Other Civil Rights<br>❏ 441 Voting<br>❏ 442 Employment<br>❏ 443 Housing/ Accommodations<br>❏ 445 Amer. w/Disabilities - Employment<br>❏ 446 Amer. w/Disabilities - Other<br>❏ 448 Education | **Habeas Corpus:**<br>❏ 463 Alien Detainee<br>❏ 510 Motions to Vacate Sentence<br>❏ 530 General<br>❏ 535 Death Penalty<br>**Other:**<br>❏ 540 Mandamus & Other<br>❏ 550 Civil Rights<br>❏ 555 Prison Condition<br>❏ 560 Civil Detainee - Conditions of Confinement | **IMMIGRATION**<br>❏ 462 Naturalization Application<br>❏ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1   Original Proceeding
- ❏ 2   Removed from State Court
- ❏ 3   Remanded from Appellate Court
- ❏ 4   Reinstated or Reopened
- ❏ 5   Transferred from Another District *(specify)*
- ❏ 6   Multidistrict Litigation - Transfer
- ❏ 8   Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*  42 USC § 1983

Brief description of cause:  Violation of Constitutional and Civil Rights

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ 50,000+

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE   1/24/17

SIGNATURE OF ATTORNEY OF RECORD   *Rudy Stanko*

### FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Dear Clerk,

Enclosed are the following:

1. The complaint with the cover page to be returned to me as filed;

2. The $400 filing fee;

3. Two summons to be issued to the two defendants and returned to me to be served.

4. The civil cover sheet.

Your Assistance Is Appreciated,

RECEIVED

FEB 2 - 2017

CLERK
U.S. DISTRICT COURT

RUDY STANKO
P.O. BOX 509
GORDON, NE
69343



U.S. POSTAGE
PAID
GORDON, NE
69343
JAN 30, 17
AMOUNT
$1.40
R2304Y122444-02

1000          68102

Roman Hruska Federal Courthouse
111 So. 18TH Plaza    %0CLERK
Suite 1152
Omaha, NE 68102

RECEIVED
FEB 2 - 2017
CLERK
U.S. DISTRICT